IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01190-REB-BNB

JOHN J. POWERS,

    Plaintiff,

v.

PETE HAUTZINGER, District Attorney,

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#34] filed October 27, 2009. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the unopposed **Recommendation of United States Magistrate Judge** [#34] filed October 27, 2009, is **APPROVED AND ADOPTED** as an order of this court; and

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

2. That plaintiff's **Emergency Request For a Restraining Order To Prohibit State Employees From Blocking Access To This Honorable Federal Court** [#23] filed September 10, 2009, is **DENIED**.

Dated April 7, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge